IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>LYLE GILBERT SNOW, SR.,<br><br>Defendant. | Case No. CR-23-110-GF-BMM<br><br><br>**ORDER** |

IT IS HEREBY ORDERED that the detention hearing is RESET for May 21, 2024 at 1:30 p.m. before the undersigned.

DATED this __20th__ day of May, 2024.

_John Johnston_
John Johnston
United States Magistrate Judge