IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 23-110-GF-BMM |
|---|---|
| Plaintiff, | |
| vs. | FINAL ORDER OF FORFEITURE |
| LYLE GILBERT SNOW, SR., | |
| Defendants. | |

WHEREAS, in the indictment in the above-captioned case, the United States sought forfeiture, pursuant to 21 U.S.C. § 853, of any real or personal property of the defendant used or intended to be used to facilitate, or as proceeds of said violation, and any firearms used or intended to be used to facilitate such violation;

AND WHEREAS, on March 21, 2024, the defendant entered a plea of guilty to count 2 of the indictment, which charged him with possession with intent to distribute methamphetamine;

1

AND WHEREAS, by virtue of said guilty plea, the United States is entitled to possession of said property, pursuant to 21 U.S.C. §§ 841(a)(1) and 853, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure;

AND WHEREAS, beginning on May 3, 2024, and ending on June 1, 2024, the United States published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the United States' intent to dispose of the property listed below in accordance with federal law, under 21 U.S.C. § 853(n)(1):

- Savage Model 114 .270 Win rifle with serial number H670745;
- Two .270 caliber rounds removed from the chamber and magazine;
- Ammunition in various calibers found during the July 29, 2023 search;
- $1,537.00 in United States currency.

AND WHEREAS, the United States sent direct notice to a potentially interested third party and did not receive a response;

AND WHEREAS, the Court has been advised that no claims have been made in this case regarding the property and the United States is not aware that any such claims have been made;

ACCORDINGLY, IT IS ORDERED as follows:

1. The United States shall seize the forfeited property described above;

2.     The right, title, and interest in the property is condemned, forfeited, and vested in the United States of America for disposition according to applicable law;

3.     All forfeited funds shall be deposited forthwith by the United States Marshal into the Department of Justice Asset Forfeiture Fund in accordance with 21 U.S.C. § 853(n)(1); and

4.     The Clerk is directed to send copies of this order to all counsel of record and the defendant.   The Clerk is further directed to send a copy of this order to the United States Marshal.

DATED this 15th day of November, 2024.

_____
Brian Morris, Chief District Judge
United State District Court